UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARCIA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD STAR FOODS, INC., a Delaware Corporation; ROBERT BISEY, an individual; OLA "DOE," an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 1:25-cv-00289-KES-HBK<br><br>**ORDER REGARDING JOINT STIPULATION TO ARBITRATE AND STAY ACTION PENDING ARBITRATION**<br><br>(Doc. 4) |

Upon consideration of the Joint Stipulation to Arbitration and Stay Action Pending Arbitration, entered into by Plaintiff Sandra Garcia and Defendants Gold Star Foods, Inc. and Robert Bisby, Doc. 4, and finding good cause therefore, IT IS HEREBY ORDERED THAT:

1. All pending dates in this case are vacated, including the June 5, 2025 Initial Scheduling Conference;

2. This case is stayed in its entirety pending resolution of the Parties' arbitration;

3. Plaintiff is ordered to initiate arbitration within 30 calendar days of this Order; and

///

///

1

1      4.    The Court will retain jurisdiction of this action to enforce this Stipulation, to enforce any arbitration award, and to perform any other roles as permitted by the Federal Arbitration Act and/or other applicable laws or rules of this Court.

    5.    The parties shall notify the Court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated:   April 30, 2025

UNITED STATES DISTRICT JUDGE

2